U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAFAYETTE

APR 2 2 2016

TONY R. MOORE, CLERK
BY_____
         DEPUTY

UNITED STATES DISTRICT COURT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AEQUITAS MANAGEMENT, LLC; AEQUITAS HOLDINGS, LLC; AEQUITAS COMMERCIAL FINANCE, LLC; AEQUITAS CAPITAL MANAGEMENT, INC.; AEQUITAS INVESTMENT MANAGEMENT, LLC; ROBERT J. JESENIK; BRIAN A. OLIVER; and N. SCOTT GILLIS,<br><br>Defendants. | Misc. Case No.: 6:16-mc-0010<br><br>D. Or. No. 3:16-cv-00438-PK |

## NOTICE OF FILING OF COMPLAINT AND ORDER APPOINTING RECEIVER PURSUANT TO 28 U.S.C. § 754

On March 10, 2016, the Securities and Exchange Commission ("SEC") filed a complaint in the United States District Court for the District of Oregon against Aequitas Management, LLC, Aequitas Holdings, LLC, Aequitas Commercial Finance, LLC, Aequitas Capital Management, Inc., Aequitas Investment Management, LLC (collectively, the "Entity Defendants"), Robert J. Jesenik, Brian A. Oliver, and N. Scott Gillis.

On April 14, 2016, the United States District Court for the District of Oregon entered an order appointing Ronald Greenspan (the "Receiver") to serve as receiver of the Entity Defendants, their subsidiaries, and/or majority-owned affiliates as defined in the Order Appointing Receiver.

Pursuant to 28 U.S.C. § 754, the Receiver files copies of: (1) the Complaint in *SEC v. Aequitas Management, LLC, et al.*, D. Or. No. 3:16-cv-00438 (attached as Exhibit A); and (2) the final Order Appointing Receiver (attached as Exhibit B).

Respectfully submitted,

*/s/ Ivan B. Knauer*
Ivan B. Knauer
PEPPER HAMILTON LLP
Hamilton Square
600 Fourteenth Street, N.W.
Washington, D.C. 20005-2004
knaueri@pepperlaw.com
Tel: (202) 220-1219

and

Brian M. Nichilo
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103-2799
nichilob@pepperlaw.com
Tel: (215) 981-4248

Attorneys for Ronald Greenspan, Receiver

Dated: April 20, 2016